# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| EMANUEL L. FINCH SR,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>KEITH MILLER, PEOPLE OF THE STATE OF WASHINGTON, RICHARD WHITEHEAD,<br><br>　　　　　Defendant. | CASE NO. 3:17-CV-05293-RBL-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMEDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's Complaint is dismissed without prejudice.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

Dated this 8th day of August, 2017.

　　　　　　　　　　　　　　　　　　Ronald B. Leighton
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER ADOPTING REPORT AND
RECOMMEDATION - 1